RECORD NO. 12-1352

In The
# United States Court of Appeals
For The Fourth Circuit

**THOMAS A. DAVIS,**

*Plaintiff – Appellant,*

v.

**MPW INDUSTRIAL SERVICES, INC.,**

*Defendant – Appellee.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AT GREENVILLE

SUPPLEMENTAL JOINT APPENDIX

| | |
|---|---|
| William A. Arnold | Phillip A. Kilgore |
| W. ANDREW ARNOLD, P.C. | Jeffrey P. Dunlaevy |
| 712 East Washington Street | OGLETREE, DEAKINS, NASH, |
| Greenville, South Carolina 29601 |   SMOAK & STEWART, P.C. |
| (864) 242-4800 | 300 North Main Street |
| | Greenville, South Carolina 29601 |
| | (864) 271-1300 |
| *Counsel for Appellant* | *Counsel for Appellee* |

THE LEX GROUP ♦ 1108 East Main Street ♦ Suite 1400 ♦ Richmond, VA 23219
(804) 644-4419 ♦ (800) 856-4419 ♦ Fax: (804) 644-3660 ♦ www.thelexgroup.com

# TABLE OF CONTENTS

**Trial Exhibits – Joint**

**JX 12 – Bechard email dated 11-7-05 with Project Booking Bonus (MPW 527 – 29) ..........................................................SA 1**

| | |
|---|---|
| From: | Bechard, Paul |
| Sent: | Monday, November 07, 2005 01:57 PM |
| To: | Samons, Stella |
| Subject: | FMSS Project booking bonus |
| Attachments: | HR621-920 Project Bonus Plan_11.06.05.doc |

Stella,
Attached is the latest draft of the project booking bonus which we need to get in place for the FMSS account managers.
This draft is dated today and should be ready for final review and signature
Let me know when we can meet as I will be in Hebron on 11-9-05.
Thanks,
Paul G. Bechard
General Manager
MPW Facility Management Services
AquaTech Environmental
(m)-248-496-1626
pbechard@mpwservices.com
<<...>>

JOINT EXHIBIT 12

MPW 000527

SA 1



HR621-920

| Project Booking Bonus | | | |
|---|---|---|---|
| Issued by: | S. Samons<br>Manager, Human Resources | Approved by:<br>(Process Owner) | P. Bechard<br>General Manager FM&SS |
| Signature: | | Signature: | |
| Issue/revision date: | November 06, 2005 (Draft) | | |

I. **Purpose:** To establish a consistent compensation reward system for Account managers that generate revenue above the existing annual forecasted account revenue stream.

II. **Policy:** It is the policy of MPW to compensate pre-qualified FMSS account managers based on additional account revenues generated and payments received from customers.

III. **Procedures:**

A. MPW compensates pre-qualified and approved operations management personnel in part, with a project-booking bonus based on additional revenue generated beyond the annual forecasted budget, revenue collected and profitability as outlined below. MPW Controllers will make every effort to process and generate payments under the program by the last payroll of the month following the quarter end. Questions regarding payments must first be discussed with the FMSS Operations Manager. The Account Manager may then contact the Accounting Controller assigned to their business area.

C. Operating Income as sold and recorded on district or business unit P&L must be at least the following:

| | |
|---|---|
| Industrial Cleaning Group | 20% |
| Aquatech/Automotive | 20% |
| Chemical Cleaning | 15% |
| Water | 40% |
| Facilities Management | 20% |
| Recovery Technologies | 25% |
| Container Management | 25% |

D. Circumstances may arise when multiple MPW associates will work with a single customer. MPW's senior management team will address payment structures involving multi associates and single customers.

E. In the case of separation from the company project bonus will be calculated up to the termination date.

Page 1 of 2      HR-621-920

SA 2

MPW 000528

F. MPW reserves the right to modify this policy. Implementation and communication of changes will be managed through the Management Team.

G. New business is defined as additional booked business beyond MPW FMSS annual budgeted revenue for that account and annual year and is considered out of the base contract scope.

I. Bonus schedules are as follows:

1. **Industrial Cleaning Group Business:**
   New Business will be compensated at 1% in the first year.
   Second year application in the facility will be compensated at 1%.
   Third year will be compensated at 1%. After third year customer becomes a house account.

2. **Water Group:**
   New business will be compensated at 1% in year one.
   Second year application in the facility will be compensated at 1%.
   Third year will be compensated at 1%. After third year customer becomes a house account.

3. **Facilities and Recovery Technology:**
   New business will be compensated at 1% in year one.
   Second year will be compensated at 1%.
   Third year will be compensated at 1%. After third year customer becomes a house account.

4. **Container Management**
   New business will be compensated at 1% in year one.
   Second year will be compensated at 1%.
   Third year and subsequent years will be compensated at 1%. After third year customer becomes a house account.

5. **Special Situations**
   MPW recognizes special circumstances may arise when a relationship (Account) manager and Sales Representative will work together to assist a customer. The Sales Representative and Account Manager will receive a shared commission under the existing business schedule or this policy as stated.

MPW 000529